

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 30, 2022

Emily Frost
Frost Domel PLLC
2499 S. Capital of Texas Hwy
Suite B-203
Austin, TX 78746
* DELIVERED VIA E-MAIL *

Lawrence D. Smith
Olgetree, Deakins, Nash, Smoak
& Stewart, P.C.
2600 Weston Centre
112 East Pecan Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-22-00355-CV
        Trial Court Case Number:   2021CI17165
        Style:  SSC Wimberley Operating Company, LLC, Randall Morris,
        Bozena Mrozek, Calvin Boutte, SavaSeniorCare Administrative and
        Consulting, LLC, and SSC Equity Holdings MT, LLC
            v.
        Shellie Goodman

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
MICHAEL A. CRUZ, Clerk of Court

Cecilia Phillips
Deputy Clerk, Ext. 5-3221

cc: Gavin Martinson (DELIVERED VIA E-MAIL)
Ryan G. Anderson (DELIVERED VIA E-MAIL)
Debbie Doolittle (DELIVERED VIA E-MAIL)
Honorable Norma Gonzales (DELIVERED VIA E-MAIL)
Mary Angie Garcia (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-22-00355-CV

**SSC WIMBERLEY OPERATING COMPANY, LLC**, Randall Morris, Bozena Mrozek, Calvin Boutte, SavaSeniorCare Administrative and Consulting, LLC, and SSC Equity Holdings MT, LLC,
Appellants

v.

Shellie **GOODMAN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17165
Honorable Norma Gonzales, Judge Presiding

## O R D E R

Appellee has filed an unopposed motion asking this court to (1) stay the appeal pending mediation scheduled for September 1, 2022 and (2) to extend the deadline for appellee to file her brief from September 12, 2022 to no earlier than September 30, 2022 in the event the case is not resolved by mediation.

It is **ordered** that the appellate deadlines in this appeal are hereby **stayed** until further order of the court. The parties are **ordered** to file in this court **within fourteen (14) days** of the September 1, 2022 mediation (1) a joint motion to dismiss the appeal due to settlement or (2) an advisory to the court stating a settlement was not reached and requesting the stay of the appeal be lifted.

The motion for an extension of time is **denied** without prejudice to a further extension motion if the appeal is reinstated.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.



MICHAEL A. CRUZ, Clerk of Court